# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: HARDIEPLANK FIBER CEMENT SIDING LITIGATION | Case No. 12-md-2359<br>MDL No. 2359 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **ORDER** |

This matter is before the Court on Defendant James Hardie Building Products, Inc.'s Motion to Dismiss. [Docket No. 36] The Court heard oral argument on March 21, 2013. During oral argument, Plaintiffs' Lead Counsel stated that "Counts 2 and 3 are not being contested" and that Counts 2 and 3 "are no longer at issue." In order to ensure that the record in this case is clear,

**IT IS HEREBY ORDERED**:

Within seven days from the date of this Order, Plaintiffs shall submit a one page document explicitly stating whether or not they concede that Counts 2 and 3 are subject to dismissal and, if so, whether they concede dismissal as to all or only particular Plaintiffs.

Dated:  March 21, 2013            s/ Michael J. Davis
                                  Michael J. Davis
                                  Chief Judge
                                  United States District Court