## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: HARDIEPLANK FIBER CEMENT SIDING LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 12-md-2359<br>MDL No. 2359 |

## SPECIAL MASTER CASE MANAGEMENT ORDER NO. 2—SCHEDULING

Following notice that Defendant's filed their Answer to the Consolidated Complaint on September 7, 2013, the following deadlines shall govern all cases pending in or transferred to this MDL:

| Activity | Date |
|---|---|
| Deadline for joinder of parties and amendment of pleadings | February 7, 2014 |
| Plaintiffs shall produce any expert reports and other information required by Fed. R. Civ. P. 26(a)(2)(B) for class certification | July 7, 2014 |
| Defendant may depose Plaintiffs' experts, if any | September 8, 2014 |
| Defendant shall produce any expert reports and other information required by Fed. R. Civ. P. 26(a)(2)(B) for class certification | September 8, 2014 |
| Plaintiffs may depose Defendant's experts, if any | October 7, 2014 |
| Plaintiffs' opening brief in support of their Motion for Class Certification shall be filed | October 7, 2014 |
| Any Daubert motions by either party must be filed | November 7, 2014 |
| Defendant's Opposition to Plaintiffs' Motion for Class Certification shall be filed | December 8, 2014 |

| Activity | Date |
|---|---|
| Plaintiffs granted leave to file a reply brief in support of their Motion for Class Certification | January 7, 2015 |

Dated: September 16, 2013

JONATHAN LEBEDOFF
SPECIAL MASTER