UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| In re:<br>HARDIEPLANK FIBER CEMENT<br>SIDING LITIGATION<br><br>THIS DOCUMENT<br>RELATES TO ALL ACTIONS | Case No. 12-md-2359<br>MDL No. 2359 |
|---|---|

## ORDER AMENDING CASE MANAGEMENT ORDER NO. 5

**THIS MATTER** is before the Court on Defendant's unopposed oral motion to amend Special Master Case Management Order No. 5 – Scheduling. The oral motion is granted.

The schedule set forth in the scheduling order dated December 12, 2014 (Dkt. 124) is hereby amended as follows:

| Activity | Date |
|---|---|
| Defendant may depose Plaintiffs' experts, if any | November 6, 2015 |
| Defendant shall produce any expert reports and other information required by Fed. R. Civ. P. 26(a)(2)(B) for class certification | November 6, 2015 |
| Plaintiffs may depose Defendant's experts, if any | December 7, 2015 |
| Plaintiffs' opening brief in support of their Motion for Class Certification shall be filed | December 7, 2015 |
| Any *Daubert* motions by either party must be filed | January 8, 2016 |
| Defendant's Opposition to Plaintiffs' Motion for Class Certification shall be filed | February 8, 2016 |
| Plaintiffs granted leave to file a reply brief in support of their Motion for Class Certification | March 8, 2016 |

**SO ORDERED.**                    Signed: August 18, 2015

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
SPECIAL MASTER