UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: HARDIEPLANK FIBER CEMENT SIDING LITIGATION | Case No. 12-md-2359-MJD<br>MDL No. 2359 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

ORDER

On consideration of Plaintiffs' Motion to Compel, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion to Compel is **GRANTED.**

2. James Hardie has waived the attorney-client privilege and the work product doctrine as to HARDIE_WARR254434, one of the documents it advertently produced in this litigation.

3. James Hardie shall immediately produce HARDIE_WARR254434 in its entirety to Plaintiffs.

Dated: Aug. 20, 2015

JONATHAN G. LEBEDOFF
SPECIAL MASTER