UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| IN RE: HARDIEPLANK FIBER CEMENT SIDING LITIGATION | Case No. 12-md-2359<br>MDL No. 2359 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **ORDER** |

---

This matter is before the Court on the parties' various motions to cite supplemental authority in connection with the class certification, Daubert, and summary judgment motions pending before the Court.  The Court will permit both sides to supplement the record as requested.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. Plaintiffs' Motion to Strike Defendant James Hardie Building Products Inc.'s Notice of Supplemental Authority [Docket No. 289] is **DENIED**.

2. Defendant's Motion for Leave to Cite Supplemental Authority in Support of Brief in Opposition to Plaintiffs' Motion for Class Certification [Docket No. 299] is **GRANTED**.

3. Plaintiffs' Motion for Leave to Cite Supplemental Authority in Support of Motion for Class Certification [Docket No. 301] is **GRANTED**.

1

4. Plaintiffs' Motion for Leave to Cite Supplemental Authority in Support of Plaintiffs' Motion for Class Certification [Docket No. 424] is **GRANTED**.

5. Plaintiffs' Motion for Leave to File Notice of Supplemental Authority in Support of Plaintiffs' Motion for Class Certification [Docket No. 432] is **GRANTED**.

6. Defendant's Motion for Leave to Cite Supplemental Authority [Docket No. 442] is **GRANTED**.

7. Defendant's Motion for Leave to Cite Supplemental Authority [Docket No. 447] is **GRANTED**.

8. Plaintiffs' Motion for Leave to Cite Supplemental Authority [Docket No. 453] is **GRANTED**.

9. Defendant's Motion for Leave to Cite Supplemental Authority [Docket No. 459] is **GRANTED**.

10. Plaintiffs' Motion for Leave to Cite Supplemental Authority in Support of Motion for Class Certification [Docket No. 464] is **GRANTED**.

11. Plaintiffs' Motion to Strike Improperly Filed Material or, in the Alternative for Leave to File a Reply Brief [Docket No. 476] is **DENIED**.

12. Defendant's Motion for Leave to Cite Supplemental Authority [Docket No. 479] is **GRANTED**.

Dated:   December 20, 2017              s/Michael J. Davis
                                        Michael J. Davis
                                        United States District Court